ORAL ARGUMENT NOT YET SCHEDULED

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| CALUMET MONTANA REFINING, LLC, <br><br> *Petitioner*, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY <br><br> *Respondent*. | Case No. 25-633 |

# EPA'S RESPONSE TO PETITIONER'S MOTION FOR STAY PENDING JUDICIAL REVIEW

Respondent U.S. Environmental Protection Agency ("EPA") submits this response to Petitioner Calumet Montana Refining, LLC's ("Calumet Montana") motion for a stay pending judicial review. ECF No. 6 (Feb. 3, 2025) (under seal). On January 31, 2025, Calumet Montana filed a petition for review challenging EPA's final action issued January 2, 2025, which had denied Calumet Montana's petition for a one-year extension of the small refinery exemption from its 2023 Renewable Fuel Standard ("RFS") compliance obligations under 42 U.S.C. § 7545(o)(9)(B). The challenged EPA action is entitled "Denial of Request for Extension of Small Refinery Temporary Exemption Under the Renewable Fuel Standard Program for Calumet Montana Refining, LLC's Great Falls, Montana

Refinery" (the "Petition Denial"). Calumet Montana seeks a stay of its 2023 RFS compliance obligations pending resolution of its petition for review. The Court has not yet set a briefing schedule.

In light of the the issues raised in Calumet Montana's motion for a stay pending judicial review, Calumet Montana's representation that it would suffer irreparable harm absent a stay, and EPA's current review of the Petition Denial, EPA does not oppose the relief requested in Calumet Montana's stay motion. In doing so, however, EPA takes no position on the merits of Calumet Montana's underlying arguments regarding the Petition Denial.

Respectfully submitted February 13, 2025.

LISA LYNNE RUSSELL
Deputy Assistant Attorney General

/s/ *Miranda M. Jensen*
MIRANDA M. JENSEN
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044
(202) 598-3071
miranda.jensen@usdoj.gov

*Attorney for Respondent*

## CERTIFICATE OF SERVICE

I hereby certify that, on February 13, 2025, I electronically filed the foregoing response with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

/s/ *Miranda M. Jensen*
MIRANDA M. JENSEN