ORAL ARGUMENT NOT YET SCHEDULED

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | | |
|---|---|---|
| CALUMET MONTANA REFINING, LLC, | ) ) ) | Case No. 25-633 |
| *Petitioner*, | ) ) ) | |
| v. | ) ) ) | |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY | ) ) ) ) | |
| *Respondent*. | ) ) ) | |

# STATUS REPORT

Respondent U.S. Environmental Protection Agency ("EPA") respectfully submits this status report to apprise the Court of EPA's intended forthcoming new decision on Petitioner's request underlying the action challenged in this case.

1. Petitioner seeks review of an EPA action issued on January 2, 2025, entitled "Denial of Request for Extension of Small Refinery Temporary Exemption Under the Renewable Fuel Standard Program for Calumet Montana Refining, LLC's Great Falls, Montana Refinery" (the "Petition Denial").

2. On February 3, 2025, Petitioner moved to stay pending judicial review its compliance obligations under the Petition Denial. ECF No. 6 (under seal). EPA did not oppose the relief requested in that motion, ECF No. 9.

1

3. On February 27, 2025, EPA moved unopposed to place this case in abeyance so that EPA could brief new administration officials about this case and the underlying Petition Denial to allow officials to decide what action, if any, is necessary. ECF No. 12.

4. The Court granted both Petitioner's motion to stay and EPA's motion for an abeyance on March 18, 2025. ECF No. 23. In entering the abeyance, the Court ordered EPA to submit status reports every 90 days, with the first status report due by June 18, 2025.

5. In its first status report, EPA shared that administrative officials were developing an approach to evaluating the underlying Petition Denial, as well as other petitions for small refinery exemptions currently pending before EPA. ECF No. 25.

6. The undersigned counsel has been advised that EPA has now developed its new approach and that EPA's current intention is to issue decisions on the small refinery exemptions before it, as well as those that are in litigation, including the exemption petition underlying the Petition Denial in this case.

7. EPA will update the Court on any effect the anticipated new decisions may have on the present litigation.

Respectfully submitted,

ADAM R.F. GUSTAFSON
  *Acting Assistant Attorney General*

 */s/ Miranda M. Jensen*
MIRANDA M. JENSEN
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044
(202) 598-3071
miranda.jensen@usdoj.gov

August 19, 2025

3

## CERTIFICATE OF COMPLIANCE

This document complies with the word limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f), this document contains 307 words.

This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

Dated: August 19, 2025

/s/ *Miranda M. Jensen*
MIRANDA M. JENSEN

## CERTIFICATE OF SERVICE

I hereby certify that, on August 19, 2025, I electronically filed the foregoing status report with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the Court's electronic filing system and that service will be accomplished by that electronic filing system.

/s/ *Miranda M. Jensen*
MIRANDA M. JENSEN